IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON P. HACKWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.   2:08-cv-1182-TMP |
| ) | |
| AMSHER-COLLECTION SERVICES, ) | |
| INC.; RMB, INC.; and ASSET ) | |
| MANAGEMENT SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

O R D E R

On July 22, 2008, the magistrate judge filed his report and recommendation in this cause, recommending that the complaint be dismissed without prejudice for want of subject-matter jurisdiction. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the complaint in this action is hereby DISMISSED WITH PREJUDICE for want of subject-matter jurisdiction.

DONE and ORDERED this 18th day of August 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE